## Gummert *v.* Philadelphia Life Insurance Company, Appellant.

OPINION BY PORTER, J., July 15, 1914:

This case presents only the same questions which were considered in the case of Carson N. Reed v. Philadelphia Life Insurance Co., in which an opinion has this day been filed, ante, p. 83, and for the reasons there stated the judgment is affirmed.

---

## Duster *v.* Philadelphia Life Insurance Company, Appellant.

OPINION BY PORTER, J., July 15, 1914:

This case presents only the same questions which were considered in the case of Carson N. Reed v. Philadelphia Life Insurance Co., in which an opinion has this day been filed, ante, p. 83, and for the reasons there stated the judgment is affirmed.

---

## Jamison, Appellant, *v.* Tarpy.

*Insolvency—Bond—Action on bond—Affidavit of defense—Act of June 4, 1901, P. L. 404.*

In an action upon a bond given in insolvency proceedings under sec. 5 of the Act of June 4, 1901, P. L. 404, where the statement of claim avers that the insolvent had failed and neglected to file a list of his creditors with his petition for discharge, and to publish notice in the manner directed by the act, an affidavit of defense is sufficient, which avers that the plaintiff was the only creditor of the insolvent, and that he received actual notice of, and with his counsel attended the hearing on the petition, and raised no objection.